UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT 29 PM 4:05
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 418-133 |
| GREGORY TURNQUEST ) | |
| ) | |
| Defendant ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 29th day of October, 2018.

_____
HON. J. E. GRAHAM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA